**2008–0853. State v. Derov.**
Mahoning App. No. 07 MA 71, 176 Ohio App.3d 43, 2008-Ohio-1672. On motion for admission pro hac vice of Michael Dominic Meuti by Benjamin C. Mizer. Motion granted.
O'CONNOR, J., dissents.

**2008–0858. State v. Derov.**
Mahoning App. No. 07 MA 71, 176 Ohio App.3d 43, 2008-Ohio-1672. On motion for admission pro hac vice of Michael Dominic Meuti by Benjamin C. Mizer. Motion granted.
O'CONNOR, J., dissents.

**2008–1182. Home Depot USA, Inc. v. Levin.**
Board of Tax Appeals, Nos. 2006–M–206 and 2006–M–207. On motion for admission pro hac vice of Randy M. Mastro and Jennifer H. Readen by Gregory J. Gawlik. Motion granted.

**2008–1625. Dayton v. Ealy.**
Montgomery App. No. 22111. On motion for stay of trial court sentence. Motion denied.

**2008–1626. St. Joseph Investments L.L.C. v. Ealy.**
Montgomery App. No. 22630. On motion for stay of trial court sentence. Motion denied.

**2008–1770. State v. Warren.**
Lucas App. No. L–08–1169. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2008–1775. State v. Matthews.**
Hamilton App. Nos. C–080332 and C–080343. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2008–1776. State v. Withers.**
Franklin App. Nos. 08AP–39 and 08AP–40, 2008-Ohio-3175. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2008–1777. State v. Shaffer.**
Muskingum App. No. CT2007–0018, 2008-Ohio-2688. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2008–1795. State v. Darrington.**
Wood App. No. WD–07–019, 2008-Ohio-3269. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–1807. State v. Hilton.**
Cuyahoga App. No. 89220, 2008-Ohio-3010. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2008–1827. State v. Pate.**
Cuyahoga App. No. 90093, 2008-Ohio-2934. On motion for leave to file delayed appeal. Motion granted.
MOYER, C.J., and LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2008–1835. State v. Walker.**
Cuyahoga App. No. 79586, 2002-Ohio-3265. On motion for leave to file delayed appeal. Motion denied.

**2008–1844. State v. Walenciej.**
Jefferson App. No. 07 JE 6, 2007-Ohio-7206. On motion for leave to file delayed appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2008–1252. Dayton v. State.**
Montgomery App. No. 22221, 176 Ohio App.3d 469, 2008-Ohio-2589. Discretionary appeal accepted;